Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17255−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean R. Samedi
   367 4th St.
   Florence, NJ 08518

Social Security No.:
   xxx−xx−9226

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 28, 2022.

Dated: December 28, 2022
JAN: dmi

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 22-17255-CMG
Jean R. Samedi                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                        Page 1 of 3
Date Rcvd: Dec 28, 2022                     Form ID: plncf13                                   Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean R. Samedi, 367 4th St., Florence, NJ 08518-2011 |
| 519704003 | + | Emergency Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519704007 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519703998 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 28 2022 20:56:04 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519704000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 20:56:04 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 20:56:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519752115 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 20:56:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519704001 | | Email/Text: BKPT@cfna.com | Dec 28 2022 20:49:00 | Credit First NA, PO Box 81083, Cleveland, OH 44181 |
| 519704002 | + | Email/Text: mrdiscen@discover.com | Dec 28 2022 20:49:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519708507 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519704004 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 28 2022 20:49:00 | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519704005 | + | Email/Text: administrative@foundationfinance.com | Dec 28 2022 20:50:00 | Foundation Finance Co., 7802 Meadow Rock Dr, Schofield, WI 54476-5262 |
| 519769532 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 28 2022 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519766921 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 20:56:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704006 | + | Email/Text: bk@lendingclub.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 28 2022 20:50:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 519764095 | + | Email/Text: Documentfiling@lciinc.com | Dec 28 2022 20:49:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519764354 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 28 2022 20:56:10 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519704008 | | Email/Text: clientservices@paramountrecovery.com | Dec 28 2022 20:49:00 | Paramount Recovery, PO BOX 23369, Waco, TX 76702 |
| 519704009 | | Email/Text: bankruptcies@patientfirst.com | Dec 28 2022 20:49:00 | patient first, PO Box 758941, Baltimore, MD 21275-8941 |
| 519704010 | ^ | MEBN | Dec 28 2022 20:45:22 | Prosper Marketplace, 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 519769904 | + | Email/Text: bncmail@w-legal.com | Dec 28 2022 20:50:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519764409 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2022 20:50:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519704012 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 20:56:05 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 519704666 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 20:56:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519704013 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 20:56:14 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519758674 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 20:56:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519704014 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 28 2022 20:56:05 | Wells Fargo Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 519711188 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 28 2022 20:56:18 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519704011 | ##+ | Receivables Management Services Corp., 1250 E. Diehl Rd., Suite 300, Naperville, IL 60563-9388 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Jean R. Samedi laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4