UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 23-029446
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

**Order Filed on April 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JEAN R. SAMEDI,
                DEBTOR

Case No.: 22-17255-CMG

Judge: HONORABLE CHRISTINE M. GRAVELLE

Chapter: 13

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 19, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain personal property as hereinafter set forth, and for cause shown,

1. It is ORDERED that the Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to rights in the personal property described below to the extent and in the matter provided by any applicable contract documents and non-bankruptcy law.

☒    Personal property described as:    2010 Toyota Camry
VIN 4T1BF3EK8AU517216

2. It is ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.