Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17255−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jean R. Samedi
  367 4th St.
  Florence, NJ 08518

Social Security No.:
  xxx−xx−9226

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 4, 2023
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jean R. Samedi  
    Debtor

Case No. 22-17255-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 04, 2023      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean R. Samedi, 367 4th St., Florence, NJ 08518-2011 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 250 East John Carpenter Fwy, 2nd Floor, Irving, TX 75062-2806 |
| 519704003 | + | Emergency Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519704007 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519703998 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 04 2023 20:39:28 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519704000 | + | EDI: CAPITALONE.COM | May 05 2023 00:24:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519703999 | + | EDI: CAPITALONE.COM | May 05 2023 00:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519752115 | + | EDI: AIS.COM | May 05 2023 00:24:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519704001 | | EDI: CRFRSTNA.COM | May 05 2023 00:24:00 | Credit First NA, PO Box 81083, Cleveland, OH 44181 |
| 519704002 | + | EDI: DISCOVER.COM | May 05 2023 00:24:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519708507 | | EDI: DISCOVER.COM | May 05 2023 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519704004 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 04 2023 20:37:00 | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519704005 | + | Email/Text: administrative@foundationfinance.com | May 04 2023 20:38:00 | Foundation Finance Co., 7802 Meadow Rock Dr, Schofield, WI 54476-5262 |
| 519769532 | | EDI: JEFFERSONCAP.COM | May 05 2023 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519766921 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 20:39:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: 148 | Total Noticed: 33 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 519704006 | + EDI: LENDNGCLUB | May 05 2023 00:24:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 519764095 | + EDI: LENDNGCLUB | May 05 2023 00:24:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519764354 | + EDI: AISMIDFIRST | May 05 2023 00:24:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519704008 | Email/Text: clientservices@paramountrecovery.com | May 04 2023 20:36:00 | Paramount Recovery, PO BOX 23369, Waco, TX 76702 |
| 519704009 | Email/Text: bankruptcies@patientfirst.com | May 04 2023 20:37:00 | patient first, PO Box 758941, Baltimore, MD 21275-8941 |
| 519808537 | EDI: PRA.COM | May 05 2023 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519808538 | EDI: PRA.COM | May 05 2023 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519704010 | ^ MEBN | May 04 2023 20:33:18 | Prosper Marketplace, 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 519769904 | + Email/Text: bncmail@w-legal.com | May 04 2023 20:38:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519764409 | EDI: Q3G.COM | May 05 2023 00:24:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519704012 | + EDI: RMSC.COM | May 05 2023 00:24:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 519704666 | + EDI: RMSC.COM | May 05 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519704013 | + EDI: CITICORP.COM | May 05 2023 00:24:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519758674 | + EDI: AIS.COM | May 05 2023 00:24:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519704014 | + EDI: WFFC2 | May 05 2023 00:24:00 | Wells Fargo Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 519711188 | + EDI: WFFC2 | May 05 2023 00:24:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519704011 | ##+ | Receivables Management Services Corp., 1250 E. Diehl Rd., Suite 300, Naperville, IL 60563-9388 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Laurence R. Sheller | on behalf of Debtor Jean R. Samedi laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6